UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X DLB/3276        **ORIGINAL**

SANDRA LOCHREN, SARAH A. MACDERMOTT,
PATRICIA O'BRIEN, KELLY MENNELLA,
CHRISTINE BLAUVELT, and MIRIAM RIERA

           Plaintiff,

           NOTICE OF MOTION

   -against-           Civil Action No. CV-01-3925
           (Hon. Leonard Wexler)

COUNTY OF SUFFOLK and
SUFFOLK COUNTY POLICE DEPARTMENT
           Defendants.
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 02 2004 ★
LONG ISLAND OFFICE

     PLEASE TAKE NOTICE, that upon the Second Amended Complaint and upon all the papers and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable Leonard Wexler, United States District Judge, at the United States Courthouse located at the Long Island Courthouse, 100 Federal Plaza, Central Islip, New York, on the 26TH day of July 2004, at 9:30 a.m. or as soon thereafter as counsel can be heard, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment and for such other and further relief as the Court deems just and proper.

     **PLEASE TAKE NOTICE**, that pursuant to Judge Wexler's previously set briefing schedule the **plaintiff's reply is required to be served on or before July 26, 2004.**

1

The defendants' reply papers are also required to be served on or before July 26, 2004 on the plaintiff's motion for summary judgment

Dated: Hauppauge, New York
6 July 2004

                Yours, etc.
                CHRISTINE MALAFI
                Suffolk County Attorney
                Attorney for Defendants
                H. Lee Dennison Building
                100 Veterans Memorial Highway
                P. O. Box 6100
                Hauppauge, New York 11788-0099
                Telephone:(631) 853-4049

        By: _____
                Diane Leonardo Beckman DLB/3276
                Assistant County Attorney

To:   David Fish, Esq.
      105 Cathedral Avenue
      Hempstead, New York