UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
SANDRA LOCHREN, SARAH A. MACDERMOTT,
PATRICIA O'BRIEN, KELLY MENNELLA,
CHRISTINE BLAUVELT, and MIRIAM RIERA,

     Plaintiffs,

  - against -


COUNTY OF SUFFOLK and       01 Civ. 3925 (ARL)
SUFFOLK COUNTY POLICE DEPARTMENT,

     Defendants.
--------------------------------------------------------------------X


PLAINTIFFS' PROPOSED VERDICT FORMS

**Disparate Treatment Claim – Plaintiff Kelly Mennella**

Do you find from a preponderance of the evidence:

1.      That Plaintiff Kelly Mennella's gender or pregnancy was a motivating factor in Defendants Suffolk County and Suffolk County Police Department's decision to deny her light duty?

Answer:  Yes or No _____

Note:  If you answered "No," you need not answer the remaining questions.

2.      That Plaintiff Kelly Mennella should be awarded damages to compensate for her emotional pain or mental anguish?

Answer:  Yes or No _____

If your answer is "Yes," in what amount?  $_____

3.      That Plaintiff Kelly Mennella should be awarded damages to compensate for her lost wages and benefits?

Answer: Yes or No _____

If your answer is "Yes," in what amount? $_____

**Disparate Treatment Claim – Plaintiff Sandra Lochren**

Do you find from a preponderance of the evidence:

1.     That Plaintiff Sandra Lochren's gender or pregnancy was a motivating factor in Defendants Suffolk County and Suffolk County Police Department's decision to deny her light duty?

Answer:  Yes or No _____

Note:  If you answered "No," you need not answer the remaining questions.

2.     That Plaintiff Sandra Lochren should be awarded damages to compensate for her emotional pain or mental anguish?

Answer:  Yes or No _____

If your answer is "Yes," in what amount?  $_____

3.     That Plaintiff Sandra Lochren should be awarded damages to compensate for her lost wages and benefits?

Answer: Yes or No _____

If your answer is "Yes," in what amount? $_____

**Disparate Treatment Claim – Plaintiff Sarah MacDermott**

Do you find from a preponderance of the evidence:

1.      That Plaintiff Sarah MacDermott's gender or pregnancy was a motivating

factor in Defendants Suffolk County and Suffolk County Police Department's decision to

deny her light duty?

Answer:  Yes or No _____

Note:  If you answered "No," you need not answer the remaining questions.

2.      That Plaintiff Sarah MacDermott should be awarded damages to

compensate for her emotional pain or mental anguish?

Answer:  Yes or No _____

If your answer is "Yes," in what amount?  $_____

3.      That Plaintiff Sarah MacDermott should be awarded damages to

compensate for her lost wages and benefits?

Answer: Yes or No _____

If your answer is "Yes," in what amount? $_____

**Disparate Treatment Claim – Plaintiff Christine Blauvelt**

Do you find from a preponderance of the evidence:

1.      That Plaintiff Christine Blauvelt's gender or pregnancy was a motivating

factor in Defendants Suffolk County and Suffolk County Police Department's decision to

deny her light duty?

Answer:  Yes or No _____

Note:  If you answered "No," you need not answer the remaining questions.

2.      That Plaintiff Christine Blauvelt should be awarded damages to

compensate for her emotional pain or mental anguish?

Answer:  Yes or No _____

If your answer is "Yes," in what amount?  $_____

3.      That Plaintiff Christine Blauvelt should be awarded damages to

compensate for her lost wages and benefits?

Answer: Yes or No _____

If your answer is "Yes," in what amount? $_____

**Disparate Treatment Claim – Plaintiff Miriam Riera**

Do you find from a preponderance of the evidence:

      1.      That Plaintiff Miriam Riera's gender or pregnancy was a motivating factor

in Defendants Suffolk County and Suffolk County Police Department's decision to deny

her light duty?

      Answer:  Yes or No _____

      Note:  If you answered "No," you need not answer the remaining questions.

      2.      That Plaintiff Miriam Riera should be awarded damages to compensate for

her emotional pain or mental anguish?

      Answer:  Yes or No _____

      If your answer is "Yes," in what amount?  $_____

      3.      That Plaintiff Miriam Riera should be awarded damages to compensate for

her lost wages and benefits?

      Answer: Yes or No _____

      If your answer is "Yes," in what amount? $_____

**Disparate Treatment Claim – Plaintiff Patricia O'Brien**

Do you find from a preponderance of the evidence:

1.	That Plaintiff Patricia O'Brien's gender or pregnancy was a motivating factor in Defendants Suffolk County and Suffolk County Police Department's decision to deny her light duty?

Answer:  Yes or No _____

Note:  If you answered "No," you need not answer the remaining questions.

2.	That Plaintiff Patricia O'Brien should be awarded damages to compensate for her emotional pain or mental anguish?

Answer:  Yes or No _____

If your answer is "Yes," in what amount?  $_____

3.	That Plaintiff Patricia O'Brien should be awarded damages to compensate for her lost wages and benefits?

Answer: Yes or No _____

If your answer is "Yes," in what amount? $_____

**Disparate Impact Claim – All Plaintiffs**

Please answer the following:

1.       Have the plaintiffs proved that Defendants' policy denying light duty

assignments to officers with off-duty medical conditions, including all pregnant women,

has affected women more harshly than men?

Answer: Yes or No _____

If your answer is "No," you need not answer the remaining questions.  If your

answer is "Yes," proceed to the next question.

2.       Have the defendants proved that its employment practice is job-related and

consistent with business necessity?

Answer: Yes or No _____

If your answer is "Yes," proceed to Question No. 3.  If your answer is "No," omit

Question No. 3 and proceed to Question No. 4.

3.       Have the plaintiffs proved that there is another reasonable employment

practice which would not discriminate against women and which would meet Defendants'

business needs?

Answer: Yes or No _____

If your answer is "Yes," proceed to Question No. 4.  If your answer is "No," you

need not answer the remaining questions.

4.       State the amount of damages, if any, you award to each plaintiff.

Kelly Mennella          $_____

Sandra Lochren          $_____

Sarah MacDermott     $_____

Patricia O'Brien          $_____

Christine Blauvelt        $_____

Miriam Riera              $_____


If you decide not to make an award, you will insert the word "none."

Dated:      New York, New York
            February 21, 2006

                                        Respectfully submitted,
                                        *Attorneys for Plaintiff*


                            By:      __/s/ Carmelyn P. Malalis_____
                                     Carmelyn P. Malalis (CM 3350)

                                     Cassandra Stubbs (CS 3152)
                                     *Co-counsel for Plaintiffs*
                                     New York Civil Liberties Union Foundation
                                     125 Broad Street, 17th Floor
                                     New York, NY  10004
                                     Telephone (212) 344-3005

                                     Namita Luthra (NL 3883)
                                     *Co-counsel for Plaintiffs*
                                     American Civil Liberties Union Foundation
                                     Women's Rights Project
                                     125 Broad Street, 18th Floor
                                     New York, New York 10004
                                     Telephone (212) 549-2645

                                     Carmelyn P. Malalis (CM 3350)
                                     Linda A. Neilan (LN 4095)
                                     *Co-counsel for Plaintiffs*
                                     Outten & Golden LLP
                                     3 Park Avenue, 29th Floor
                                     New York, New York 10016
                                     Telephone:  (212) 245-1000