UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORDER OF SUSTENANCE,

------------------------------X
LOCHREN

-VS-

County of Suffolk Defendant(s)

01 CV 3925
File Number

------------------------------X

ORDERED that the Marshal supply proper

( ) LODGING

(X) SUSTENANCE

( ) TRANSPORTATION

to the (X) jurors empaneled in the above entitled case, and

to the ( ) U. S. Deputy Marshals in attendance thereon.

DATED: 6/13/06 New York
Central Islip, NY

( ) DURING TRIAL
(X) DELIBERATING
( ) SEQUESTERED
( ) BREAKFAST
(X) LUNCH
( ) DINNER
( ) OTHER _____

(NOTE: Check the appropriate box)

U. S. D. J.