UNITED STATES DISTRICT COURT　　　　　　　ORDER OF SUSTENANCE
EASTERN DISTRICT OF NEW YORK

------------------------------X
Lochren et al.

　　　　　　　　　　　　　　　　　　　　　01CV3925 (ARL)
　　　-vs-　　　　　　　　　　　　　　　　File Number

　　　　　　　Defendant(s)
County of Suffolk
------------------------------X

　　ORDERED that the Marshal supply proper

( ) LODGING

(✓) SUSTENANCE

( ) TRANSPORTATION

to the (✗) jurors empaneled in the above entitled case, and

to the ( ) U. S. Deputy Marshals in attendance thereon.


DATED: 6/14/06　　New York

_____

( ) DURING TRIAL

(✓) DELIBERATING　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U. S. D. J.
( ) SEQUESTERED

( ) BREAKFAST

(✓) LUNCH

( ) DINNER

( ) OTHER _____

(NOTE: Check the appropriate box)