UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SANDRA LOCHREN, SARAH A. MACDERMOTT,
PATRICIA O'BRIEN, KELLY MENNELLA,
CHRISTINE BLAUVELT and MIRIAM RIERA,
Plaintiffs,

- against -

JUDGMENT
CV-01-3925 (ARL)

COUNTY OF SUFFOLK,
Defendant.
----------------------------------------------------------------X

      This action came before the Court for a trial by jury.  The issues have been tried and the jury having rendered its verdict on June 14, 2006, in favor of the plaintiffs, Sarah A. MacDermott and Kelly Mennella, and against the defendant, County of Suffolk, as to the gender/pregnancy discrimination claim based on disparate treatment.  The jury awarded Sarah A. MacDermott actual damages in the sum of $637.14 and damages for emotional distress and mental anguish in the sum of $12,424.23; Kelly Mennella actual damages in the sum of $667.42 and damages for emotional distress and mental anguish in the sum of $22,358.57; and rendered a verdict in favor of the defendant, County of Suffolk, and against the plaintiffs, Sandra Lochren, Patricia O'Brien and Christine Blauvelt, and Miriam Riera as to the gender/pregnancy claim based on disparate treatment.

      The jury rendered a verdict in favor of plaintiffs, Sandra Lochren, Sarah A. MacDermott, Patricia O'Brien, Kelly Mennella, Christine Blauvelt, and Miriam Riera, and against the defendant, County of Suffolk, as to the gender/pregnancy discrimination claim based on disparate impact, and awarded damages for emotional distress and mental anguish in the following amounts:

| | |
|---|---|
| Sandra Lochren | $5,000.00 |
| Patricia O'Brien | $5,000.00 |
| Christine Blauvelt | $5,000.00 |
| Miriam Riera | $5,000.00 |

ORDERED AND ADJUDGED that judgment is hereby entered in favor of the plaintiff Sandra Lochren, and against the defendant, County of Suffolk, in the amount of $5,000.00; in favor of the plaintiff, Sarah A. MacDermott, and against the defendant, County of Suffolk, in the total amount of $13,061.37; in favor of the plaintiff, Patricia O'Brien, and against the defendant, County of Suffolk, in the amount of $5,000.00; in favor of plaintiff, Kelly Mennella, and against the defendant, County of Suffolk, in the total amount of $23,025.99; in favor of the plaintiff, Christine Blauvelt, and against the defendant, County of Suffolk, in the amount of $5,000.00; in favor of plaintiff, Miriam Riera, and against the defendant, County of Suffolk, in the amount of $5,000.00.

Dated: Central Islip, NY
June 16, 2006

ROBERT C. HEINEMANN
CLERK OF THE COURT

BY:   /s/ BRYAN MORABITO
           DEPUTY CLERK