UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY**  **DATE:** August 30, 2006
            United States Magistrate Judge
                                          **TIME:** 11:00 a.m.

**DOCKET NO:**
01-cv-03925-ARL

**CASE:**
**Lochren, et al v. County of Suffolk, et al**

____  INITIAL CONFERENCE
____  STATUS CONFERENCE          BY TELEPHONE __XX__
____  SETTLEMENT CONFERENCE
____  FINAL CONFERENCE
____  ORDER

    APPEARANCES:        FOR PLAINTIFF:        FOR DEFENDANT:
                        **Namita Luthra**         **Chris Termini**
                        **Elizabeth Benjamin**


**The following rulings were made:**

   The parties have indicated that they have reached a settlement with respect to the claim for a permanent injunction and will submit settlement papers to the Court by September 13, 2006.


                          SO ORDERED:
                        _____/s/_____